**No. 60486.**—Victor B. Handall & Bro., Inc. *v.* United States, protests 296628–K and 298747–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of pearl ladders and strips similar in all material respects to those the subject of Abstract 60159, the claim of the plaintiff was sustained.